JS-6

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone:  (510) 970-4809
    Email:  Margaret.Branick-Abilla@SSA.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MELITON GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE KING, Acting Commissioner of Social Security,[1]<br><br>    Defendant. | No. 2:24-cv-08469-MAA<br><br>**JUDGMENT** |

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: 01/30/2025

HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE