**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELITON GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:24-cv-08469-MAA<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $7,800.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 03/20/2025

THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE